IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

    Plaintiff,　　　　　　　　　　　　No. 2:10-cv-3156 MCE KJN PS

    v.

HILLARY RANDOM CLINTON
and JAMES STEINBERG,

    Defendants.　　　　　　　　　　　　<u>ORDER</u>
_____/

        Presently before the court is a request from plaintiff that the court enter an order compelling defendants to provide plaintiff with certain "diversity data." (Dkt. No. 11.) The court construes this as a motion to compel defendants to respond to discovery.

        The undersigned denies plaintiff's request. First, plaintiff's complaint has not been served on defendants yet, and, accordingly, defendants have not yet appeared in this action. Second, formal discovery is premature in this case because the parties have not conducted a conference pursuant to Federal Rule of Civil Procedure 26(f). Federal Rule of Civil Procedure 26(d)(1) states: "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." District courts within the Ninth Circuit may also permit expedited discovery prior to the Rule 26(f) conference upon a showing of "good cause." <u>See, e.g.</u>, <u>In re Countrywide Fin. Corp.</u>

1  Derivative Litig., 542 F. Supp. 2d 1160, 1179 (C.D. Cal. 2008) (citing Semitool, Inc. v. Tokyo
2  Electron Am., Inc., 208 F.R.D. 273 (N.D. Cal. 2002)); accord Am. LegalNet, Inc. v. Davis, 673
3  F. Supp. 2d 1063 (C.D. Cal. 2009).  "Good cause exists where the need for expedited discovery,
4  in consideration of the administration of justice, outweighs the prejudice to the responding
5  party."  In re Countrywide Fin. Corp. Derivative Litig., 542 F. Supp. 2d at 1179 (citation and
6  internal quotation marks omitted).  The parties have not yet held their Rule 26(f) conference, and
7  plaintiff has not demonstrated good cause in support of his request.
8          For the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's request for
9  an order compelling defendants to provide plaintiff with discovery (Dkt. No. 11) is denied.
10         IT IS SO ORDERED.
11 DATED:  February 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE