IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

    Plaintiff,

v.

HILLARY RANDOM CLINTON
and JAMES STEINBERG,

    Defendants.

No. 2:10-cv-3156 MCE KJN PS

ORDER

Plaintiff is proceeding without counsel and in forma pauperis. On January 21, 2011, the undersigned ordered that plaintiff's complaint be served on defendants through the United Sates Marshal. (Order, Jan. 21, 2011, Dkt. No. 7.) Also on January 21, 2011, the court issued a summons, new civil case documents, and other related documents and attempted to serve those documents on mail to plaintiff at the following address provided by plaintiff: 6464 Laguna Mirage Lane, Elk Grove, California 95758. (See Dkt. Nos. 8-9.) That mailing was returned to the court as undeliverable, and plaintiff alleges some impropriety on the part of the United States Postal Service.[1] Presently before the court is plaintiff's request that he be permitted to retrieve his summons and service-related documents in person from the court. (Dkt.

---

[1] Plaintiff's claim regarding the United States Postal Service seems implausible, especially because plaintiff has received other documents served by the court by U.S. mail.

1

No. 12.)  Out of an abundance of caution, the court grants plaintiff's request.

          For the foregoing reasons, IT IS HEREBY ORDERED that:

          1.      The Clerk of Court shall compile the following documents and make them available to plaintiff at the public window of the clerk's office: two USM-285 forms, one summons (Dkt. No. 8), an endorsed copy of the complaint (Dkt. No. 1), this court's scheduling order (Dkt. No. 9), and the forms providing notice of the magistrate judge's availability to exercise jurisdiction for all purposes.

          2.      On or after February 28, 2011, plaintiff may retrieve these documents during regular business hours from the public window of the clerk's office, which is located on the 4th floor of the United States Courthouse, 501 "I" Street, Sacramento, California, 95814.  To facilitate his retrieval of the relevant documents, plaintiff shall present a copy of this order when appearing at the public window of the clerk's office.

          3.      The remainder of the court's January 21, 2011 order remains in effect, except that plaintiff's deadline to return necessary service-related documents to the United States Marshal shall now run from February 28, 2011.

          IT IS SO ORDERED.

DATED: February 10, 2011

                                                  _____
                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE