1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PETER GRAVES,

11            Plaintiff,                        No. 2:10-cv-3156 MCE KJN PS

12        v.

13    HILLARY RANDOM CLINTON
      and JAMES STEINBERG,

14
              Defendants.                       ORDER

15    _____/

16            Plaintiff is proceeding without counsel and in forma pauperis.  Based on a filing

17    on the court's docket, it appears that defendants have been served (see Dkt. No. 21) but have not

18    yet filed a response to plaintiff's complaint.  On March 25 2011, plaintiff filed a document

19    entitled "'Motion to add newly discovery Exhibit". 'Exhibit #1'."  (Dkt. No. 28.)  Plaintiff filed

20    similar "motions" on March 28, 29, and 31, of this year.  (Dkt. Nos. 29-31.)  These "motions" are

21    procedurally defective under this court's local rules, including Local Rule 230.  Moreover, rather

22    than seek any sort of concrete relief that is the proper subject of a noticed motion, these

23    "motions" consist of plaintiff's musings on various subjects including the Supreme Court's

24    decision in Marbury v. Madison, the Alien and Sedition Acts, Helen Keller, and Shakespeare,

25    among other topics.

26    ////

1

1    Because plaintiff's motions are both procedurally and substantively deficient, IT

2    IS HEREBY ORDERED that plaintiff's motions filed on March 25, 2011, March 28, 2011,

3    March 29, 2011, and March 31, 2011 (Dkt. Nos. 28-31) are denied.

4          IT IS SO ORDERED.

5    DATED:  April 6, 2011

6

7    _____
     KENDALL J. NEWMAN

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2