UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

PETER GRAVES,                     No. 2:10-cv-03156-MCE-KJN

    Plaintiff,

  v.                                   ORDER

HILARY RANDOM CLINTON and
JAMES STEINBERG,

    Defendants.

----oo0oo----

Plaintiff Peter Graves ("Plaintiff"), who is proceeding pro se, brings this civil action. Presently before the Court are Plaintiff's two Motions for Reconsideration (ECF Nos. 36 and 37) seeking reconsideration of the Magistrate Judge's April 6 and April 8 Orders (ECF Nos. 33 and 35) denying multiple of Plaintiff's Motions to Add New Discovery Exhibits (ECF Nos. 28-32, 34).[1]

///

---

[1] One of Plaintiff's current Motions for Reconsideration (ECF No. 36) is addressed to both the Magistrate Judge and this Court. This Order disposes of both Motions to the extent they are directed at this Court.

1

In reviewing a magistrate judge's determination, the assigned judge shall apply the "clearly erroneous or contrary to law" standard of review set forth in Eastern District of California Local Rule 303(f), as specifically authorized by Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1)(A).[2]  Under this standard, the Court must accept the magistrate judge's decision unless it has a "definite and firm conviction that a mistake has been committed."  <u>Concrete Pipe & Products of Cal., Inc. v. Constr. Laborers Pension Trust for So. Cal.</u>, 508 U.S. 602, 622 (1993).  If the Court believes the conclusions reached by the magistrate judge were at least plausible, after considering the record in its entirety, the Court will not reverse even if convinced that it would have weighed the evidence differently.  <u>Phoenix Eng. & Supply Inc. v. Universal Elec. Co., Inc.</u>, 104 F.3d 1137, 1141 (9th Cir. 1997).  Upon review of the entire file, this Court finds that the Magistrate Judge's rulings were neither clearly erroneous nor contrary to law.

///
///
///
///
///

---

[2]  Federal Rule of Civil Procedure 72(a) directs the district court judge to "modify or set aside any portion of the [magistrate judge's] order found to be clearly erroneous or...contrary to law."  Similarly, under 28 U.S.C. § 636(b)(1)(A), the district judge may reconsider any pretrial order "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."

2

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motions for Reconsideration (ECF Nos. 36 and 37) are DENIED;
2. The Magistrate Judge's April 6 and April 8 Orders (ECF Nos. 33 and 35) are AFFIRMED; and
3. No further motions for reconsideration of this Order will be considered.

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3