**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KENDALL J. NEWMAN**

PETER GRAVES,                                  No. 2:10-cv-03156 MCE KJN (PS)

    Plaintiff(s),

  v.                                             **MINUTE ORDER**

HILLARY RANDOM CLINTON, ET AL,

    Defendant(s).
_____/

    For the reasons stated on the record at the June 16, 2011 hearing on defendants' motion to dismiss, plaintiff's "Motion to reject all Defendant's Motions on the basis of Reference 2 (filed) in Status" (Dkt. No. 50) is hereby DENIED.

Dated: June 28, 2011                    /s/ Matt Caspar
                                          Matt Caspar,
                                          Courtroom Deputy for the
                                          Honorable Kendall J. Newman