```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KENDALL J. NEWMAN
```

PETER GRAVES,                          No. 2:10-cv-03156 MCE KJN PS

    Plaintiff,

  v.                                   **MINUTE ORDER**

HILLARY RANDOM CLINTON, ET AL,

    Defendant.
_____/

    The court is in receipt of plaintiff's "Response to Defendant's Request for Summary Judgment or Dismissal" (Dkt. No. 60).  The court construes this document as all or part of an opposition to defendant's pending motion to dismiss and for summary judgment (Dkt. No. 59).  To the extent plaintiff is seeking any affirmative relief, which is entirely unclear, he must file a properly noticed motion.  See L.R. 230.

Dated: August 9, 2011                  /s/ Matt Caspar
                                       Matt Caspar,
                                       Courtroom Deputy for the
                                       Honorable Kendall J. Newman